1  **SNYDER LAW, LLP**
**Sean R. Burnett (SB# 227952)**
2  **Jessica Farley (SB# 280123)**
   420 South Fairview Avenue, Suite 102                **JS-6**
3  Santa Barbara, California  93117
   Telephone No.:  805.692.2800
4  Facsimile No.:   805.692.2801
   sburnett@snyderlaw.com
5  jfarley@snyderlaw.com

6  Attorneys for Defendant TARGET CORPORATION

7

8                  **UNITED STATES DISTRICT COURT**

9      **CENTRAL DISTRICT OF CALIFORNIA – WESTERN DIVISION**

10

11  JOANNE FARNSWORTH, LINDSAY          Case No. 2:15-cv-00886-R-PJW
    FARNSWORTH and MARK
12  FARNSWORTH,                          [Los Angeles County Superior Court
                                         Case No. BC549479]
13              Plaintiff,
                                         **ORDER RE STIPULATION TO**
14  v.                                   **REMAND CASE TO SUPERIOR**
                                         **COURT**
15  TARGET CORPORATION, and DOES
    1 to 100, inclusive,                 [Stipulation filed concurrently]
16
17              Defendants.
    _____/

18

19        Good cause appearing therefor, the Court orders as follows:

20        1.     This matter shall be immediately remanded to the Los Angeles

21  County Superior Court, where the parties to the Stipulation have agreed that

22  plaintiffs JOANNE FARNSWORTH, LINDSAY FARNSWORTH, and MARK

23  FARNSWORTH have waived any and all rights to name or otherwise bring suit

24  against any current or former employee(s) of defendant TARGET

25  CORPORATION in this case or any other case arising from an alleged incident at

26  ///

27  ///

28  ///

                              1
                  **ORDER RE STIPULATION TO**
              **REMAND CASE TO SUPERIOR COURT**

1 | 24425 Magic Mountain Pkwy in Valencia, California, on June 25, 2012, which
2 | gives rise to plaintiffs' complaint.
3 |       2.      All pending deadlines and hearings in this Court are vacated.
4 |
5 |       IT IS SO ORDERED.
6 |
7 | Dated: March 04, 2015

Honorable Manuel L. Real
JUDGE OF THE DISTRICT COURT

**ORDER RE STIPULATION TO
REMAND CASE TO SUPERIOR COURT**